IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARCUS DOWDELL,

           Plaintiff,

vs.                                       Case No.: 4:07cv328 SPM-WCS

CITY OF PERRY,

           Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification by Plaintiff's counsel that this case has settled, and pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

ORDERED AND ADJUDGED as follows:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of sixty (60) days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>seventeenth</u> day of March, 2008.

                                                    *s/ Stephan P. Mickle*
                                                    Stephan P. Mickle
                                                    United States District Judge